# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Stephen Gifford | CASE NUMBER: 6:07-mj-00002-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:   March 18, 2008**          /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE